IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRONSHORE SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.

              No.  2:16-cv-00972 CG-GJF

XTO ENERGY INC; CONCHO
RESOURCES, INC.; COG OPERATING,
LLC; and SOUTHWEST ROYALTIES, INC.,

    Defendants.

**NOTICE OF EXTENSION OF TIME FOR XTO ENERGY INC.
TO REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to D.N.M. LR-Civ. 7.4(a), Defendant XTO Energy Inc. notifies the Court that Plaintiff Ironshore Specialty Insurance Company has agreed to extend by two weeks the time for XTO Energy Inc. to file a reply in support of its Motion to Dismiss [Doc. 20], and the new deadline is February 28, 2017.

                        **HOLLAND & HART LLP**

                        */s/ Julia Broggi*
By: _____
                        Bradford C. Berge
                        Julia Broggi
                    110 North Guadalupe, Suite 1
                    P.O. Box 2208
                    Santa Fe, New Mexico 87504-2208
                    (505) 988-4421
                    BCBerge@hollandhart.com
                    JCAnderson@hollandhart.com
                    JBroggi@hollandhart.com

                    **Attorneys for Defendant XTO Energy Inc.**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 10th day of February 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John S. Stiff
Stiff Keith & Garica LLC
400 Gold Avenue, SW, Suite 1300
Albuquerque, NM  87102
TEL:   (505) 243-5755
FAX:   (505) 243-5855
Email: jstiff@stifflaw.com

Randell E. Treadaway
Zaunbrecher Treadaway, L.L.C.
406 N. Florida Street, Suite 2
Covington, LA 70433
TEL: (985) 871-8787
FAX: (985) 871-8788
Email: randy@ztlalaw.com

**ATTORNEY FOR PLAINTIFF**

Dick R. Holland
Shafer, Davis, O'Leary & Stoker
P.O. Drawer 1552
Odessa, TX 79760-1552
TEL: (432) 332-0893
FAX: (432) 333-5002
dholland@shaferfirm.com

**ATTORNEY FOR DEFENDANTS CONCHO RESOURCES, INC., COG OPERATING, LLC, AND SOUTHWEST ROYALTIES, INC.**

            */s/ Julia Broggi*
            Julia Broggi