# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

IRONSHORE SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.                                         Cause No. 2:16-cv-00972-KG-GJF

XTO ENERGY, INC., CONCHO RESOURCES,
INC., COG OPERATING, LLC, and
SOUTHWEST ROYALTIES, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE OF
## COMPLAINT AND CROSSCLAIM AGAINST
## <u>DEFENDANT CONCHO RESOURCES, INC.</u>

THIS MATTER having come before the Court on the Unopposed Motion of Defendant Concho Resources, Inc. to dismiss with prejudice the claims against Defendant Concho Resources, Inc. asserted in Plaintiff Ironshore Specialty Insurance Company's Complaint (Doc. 1) and in Defendant XTO Energy, Inc.'s Crossclaim (Doc. 42)], the Court having considered the Motion and being otherwise fully informed in the premises finds that the motion is unopposed and well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the claims asserted against Defendant Concho Resources, Inc. in Plaintiff Ironshore Insurance Company's Complaint (Doc. 1) and in Defendant XTO Energy, Inc.'s Crossclaim (Doc. 42), be and hereby are dismissed with prejudice, with each party to bear its own costs attorney's fees.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

SUBMITTED BY:


/s/ *Daniel W. Lewis*
Daniel W. Lewis
Allen, Shepherd, Lewis & Syra, P.A.
P.O. Box 94750
Albuquerque, NM 87199-4750
*Attorneys for Defendants Concho Resources, Inc., COG Operating, LLC*
*And Southwest Royalties, Inc.*


APPROVED BY:

*Approved telephonically 7/5/17*
Dick R. Holland
Shafer, Davis, O'Leary & Stoker
P.O. Box 1552
700 N. Grant Ste. 201
Odessa, TX  79760
*Attorneys for Defendants Concho Resources, Inc., COG Operating, LLC*
*And Southwest Royalties, Inc.*


*Approved via email 6/26/17*
Randell E. Treadaway
Zaunbrecher Treadaway Bollinger, LLC
406 N. Florida Street, Suite 2
Covington, LA  70433
*Attorneys for Plaintiff*


*Approved via email 6-26-17 by Jose A. Ramirez*
Jose A. Ramirez
Catherine C. Crane
Holland & Hart, LLP
6380 South Fiddlers Green Circle, Suite 500
Greenwood Village, CO  80111
*Attorneys for Defendant XTO Energy, Inc.*