IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRONSHORE SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.    Cause No. 2:16-cv-00972-KG-GJF

XTO ENERGY, INC., CONCHO RESOURCES,
INC., COG OPERATING, LLC, and
SOUTHWEST ROYALTIES, INC.,

    Defendants.

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Ironshore Specialty Insurance Company, by and through its attorneys, Zaunbrecher Treadaway Bollinger, LLC and Stiff, Keith & Garcia, LLC, Defendant-Crossclaimant XTO Energy, Inc., by and through its attorneys, Holland & Hart, LLP, and Defendants-Crossclaimants COG Operting, LLC and Southwest Royalties, Inc., by and through their attorneys, Allen, Shepherd, Lewis & Syra, P.A. and Shafer, Davis, O'Leary & Stoker, jointly move the Court pursuant to Fed. R. Civ. P. 41 to dismiss with prejudice the Complaint and the Crossclaims, together with all claims asserted or which could have been asserted by any party herein, with each party to bear its own costs and attorney's fees, and as grounds therefor state that the parties have resolved their dispute.

        Respectfully submitted,

        ALLEN, SHEPHERD, LEWIS & SYRA, P.A.

        By: /s/ *Daniel W. Lewis*
            Daniel W. Lewis
            P.O. Box 94750
            Albuquerque, NM  87199-4750
            (505) 341-0110

        And

>Dick R. Holland
>Ray Stoker, Jr.
>SHAFER, DAVIS, O'LEARY & STOKER
>P.O. Box 1552
>700 N. Grant Ste. 201
>432-332-0893
>
>*Attorneys for Defendants Concho Resources, Inc.; COG Operating, LLC and Southwest Royalties, Inc.*

ZAUNBRECHER TREADAWAY BOLLINGER

By:   *Approved Telephonically 11/13/17*
>Randell E. Treadaway
>406 N. Florida Street, Suite 2
>Covington, LA  70433
>Tel:  985-871-8787
>*Attorneys for Plaintiff*

STIFF, KEITH & GARCIA, LLC

By:  *Approved Telephonically 11/13/17*
>John S. Stiff
>400 Gold Avenue SW, Suite 1300 West
>Albuquerque, NM  87102-3274
>(505) 243-5755
>*Attorneys for Plaintiff*

HOLLAND & HART, LLP

By: *Approved via email 11/8/17 by Jose Ramirez*
>Bradford C. Berge
>Catherine C. Crane
>Jose A. Ramirez
>6380 South Fiddlers Green Circle, Suite 500
>Greenwood Village, CO 80111
> 303-290-1600
>*Attorneys for* XTO Energy, Inc.

2

I HEREBY CERTIFY that on the 13th day of November, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John S. Stiff / *Attorneys for Plaintiff*
jstiff@stifflaw.com

Randell E. Treadaway / *Attorneys for Plaintiff*
randy@ztlalaw.com

Dick R. Holland / dholland@shaferfirm.com
*Attorneys for Defendants Concho Resources, Inc.; COG Operating, LLC and Southwest Royalties, Inc.*

Bradford C. Berge / BBerge@hollandhart.com
Catherine C. Crane / c_crane@hollandhart.com
Jose A. Ramirez / jramirez@hollandhart.com
*Attorneys for Defendant XTO*

\s\ *Daniel W. Lewis*
Daniel W. Lewis