IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IRONSHORE SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.                                                         Cause No. 2:16-cv-00972-KG-GJF

XTO ENERGY, INC., CONCHO RESOURCES,
INC., COG OPERATING, LLC, and
SOUTHWEST ROYALTIES, INC.,

    Defendants.

## **ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court on the Joint Motion for Dismissal with Prejudice filed by the parties herein, the Court having considered the Motion and being otherwise fully informed in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREEED that the parties' Joint Motion for Dismissal be and hereby is granted and that the Complaint and the Crossclaims, together with all claims asserted or which could have been asserted by any party herein, be and hereby are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

Approved:

*/s/ Daniel W. Lewis*
Daniel W. Lewis
Allen, Shepherd, Lewis & Syra, P.A.
P.O. Box 94750
Albuquerque, NM 87199-4750

*And*

Dick R. Holland
Shafer, Davis, O'Leary & Stoker
P.O. Box 1552
700 N. Grant Ste. 201
Odessa, TX 79760
*Attorneys for Defendants Concho Resources, Inc., COG Operating, LLC
And Southwest Royalties, Inc.*

*Approved Telephonically 11/13/17*
John S. Stiff
Stiff, Keith & Garcia, LLC
400 Gold Avenue SW, Suite 1300 West
Albuquerque, NM 87102-3274
*Attorneys for Plaintiff*

*Approved Telephonically 11/13/17*
Randell E. Treadaway
Zaunbrecher Treadaway Bollinger, LLC
406 N. Florida Street, Suite 2
Covington, LA 70433
*Attorneys for Plaintiff*


*Approved via email 11/8/17*
Bradford C. Berge
Catherine C. Crane
Jose A. Ramirez
Holland & Hart, LLP
P.O. Box 2208
Santa Fe, NM 87504-2208
*Attorneys for Defendant XTO Energy, Inc.*